IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILHELMINA PODUNAJEC, | : | |
| | : | |
| Plaintiff, | : | No. 3:19-cv-01938 |
| | : | |
| v. | : | (Saporito, M.J.) |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of | : | |
| Social Security, | : | |
| | : | |
| Defendant. | : | |



## ORDER

AND NOW, this 11th day of December, 2020, in accordance with the accompanying Memorandum, IT IS HEREBY ORDERED THAT:

1. The Clerk of Court shall enter final judgment VACATING the decision of the Commissioner of Social Security;

2. This case is REMANDED to the Commissioner for further proceedings consistent with the Memorandum filed of even date herewith; and

2. The Clerk of Court shall CLOSE this case.

JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: December 11, 2020